UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| BCFS HEALTH AND HUMAN SERVICES, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: SA-21-CV-0776-JKP ) |
| UNITED STATES DEPARTMENT OF LABOR, et al., | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEAL

Notice is given that Plaintiff BCFS Health and Human Services hereby appeals to the United States Court of Appeals for the Fifth Circuit from the United States District Court for the Western District of Texas, San Antonio Division's March 17, 2022 Final Judgment (ECF #33) and accompanying Order and Memorandum Opinion (ECF #32) granting Defendants' Motion to Dismiss, and all other now-final orders and rulings in this case.

Dated: May 6, 2022

Respectfully submitted,

*/s/ Michael J. Schrier*
Michael J. Schrier (D.C. Bar No. 444693)
Gregg N. Sofer (NY Bar No. 2496933)
HUSCH BLACKWELL LLP
1801 Pennsylvania Avenue, NW, Suite 1000
Washington, DC 20006
Telephone: (202) 378-2313
michael.schrier@huschblackwell.com
gregg.sofer@huschblackwell.com

Thomas Watkins (TX Bar No. 20928000)
HUSCH BLACKWELL LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701-4093
Telephone: (512) 472-5456
tom.watkins@huschblackwell.com

*Counsel for Plaintiff*
*BCFS Health and Human Services*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2022, a copy of the foregoing has been served upon all counsel of record in this action by electronic service through the Court's CM/ECF notification system.

/s/ Michael J. Schrier
